Edmee Eloise Pryibil, Appellant, v. Paul Pryibil, Respondent.— **Order**

affirmed. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

FLARE REALTY CO., INC., Respondent, v. ATWATER CONSTRUCTION CO., INC., and Others, Defendants, Impleaded with ANTHONY COLARUSSO, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.